

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2015

No. 04-14-00762-CR

Jason Robert **VANWINKLE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-14-0000041
Honorable M. Rex Emerson, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to March 30, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:       M. Patrick Maguire                Scott Monroe
             M. Patrick Maguire, P.C.     District Attorney - 198th Judicial District
             945 Barnett Street             402 Clearwater Paseo
             Kerrville, TX 78028           Suite 500
                                        Kerrville, TX 78028